IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:CR-10-190 |
| | ) | |
| v. | ) | Chief (Judge Kane ) |
| | ) | |
| ANGEL RODRIGUEZ | ) | (Electronically Filed) |

**P R A E C I P E**



FILED
JUN 1 6 2010
PER _____
HARRISBURG, PA   DEPUTY CLERK

TO: MARY E. D'ANDREA

MADAM:

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure. Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the U.S. mail at the following address: Christopher A. Ferro, Esquire, Griest Himes Herrold Schaumann LLP, 129 East Market Street, York, PA 17401.

DENNIS C. PFANNENSCHMIDT
United States Attorney

s/Christy H. Fawcett
CHRISTY H. FAWCETT
Assistant U.S. Attorney
PA35067
Christy.Fawcett@usdoj.gov

Dated:  06/16/2010

228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108
Phone: (717) 221-4482
Fax: (717) 221-4493